

FROM:

J. Antucci
P.O. Box 272
Wolfeboro Falls, N.H.
03896

TO:

United States District Court
District of New Hampshire
Office of the Clerk
55 Pleasant St.
Concord, N.H. 03301

**Utility Mailer**
10 1/2" x 16"

ReadyPost.

